UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:18-cr-0102-JMS-DML |
| ERICA LOCKETT, | ) ) | - 01 |
| Defendant. | ) ) | |

### REPORT AND RECOMMENDATION

On June 17, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on April 13, 2022. Defendant Lockett appeared in person with her appointed counsel Sam Ansell. The government appeared by Adam Eakman, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Troy Adamson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Lockett of her rights and provided her with a copy of the petition. Defendant Lockett orally waived her right to a preliminary hearing.

2. After being placed under oath, Defendant Lockett admitted violation numbers 2, 4, and 5. [Docket No. 52.] Government orally moved to withdraw the remaining violation numbers, which motion was granted by the Court; violation numbers 1, and 3 dismissed.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **"You must refrain from any unlawful use of a controlled substance."** |
| | As previously reported to the Court, on February 24, 2022, Ms. Lockett submitted a urine sample which tested positive for marijuana, amphetamines, fentanyl, and cocaine. When confronted with the test results, she admitted to ingesting all substances. |
| 4 | **"You must not commit another federal, state or local crime."** |
| | As previously reported to the Court, Ms. Lockett was arrested by the Indianapolis Metropolitan Police Department on March 12, 2021, and was charged in Marion County for operating a vehicle while intoxicated, driving while suspended, and possession of drug paraphernalia, all misdemeanors, under cause number 49D35-2103-CM-008159. On November 19, 2021, Ms. Lockett plead guilty to possession of drug paraphernalia, a C misdemeanor. She was sentenced to 60 days in jail suspended, with credit for 2 days already served, and 56 days of non-reporting probation. |
| 5 | **"You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer."** |
| | As previously reported to the Court, the offender was arrested on March 12, 2021, by the Indianapolis Metropolitan Police Department. She bonded out on March 13, 2021, and did not contact the probation officer to inform him of her arrest. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is V.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months' imprisonment.

5. The parties jointly recommended a sentence of eighteen (18) months with no supervised release to follow. Defendant requested placement at facility close to the State of Minnesota.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that her supervised release should be revoked, and that she should be sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months with no supervised release to follow.  The Magistrate Judge will make a recommendation of placement at a facility closest to the State of Minnesota.  The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 6/17/2022

*Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system