UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:18-cr-00102-JMS-DML |
| ERICA LOCKETT (01), | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mario Garcia's Report and Recommendation dkt [59] recommending that Erica Lockett's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Garcia's Report and Recommendation dkt [59]. The Court finds that Ms. Lockett committed Violation Numbers 2, 4 and 5 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [52].   The Court dismisses Violation Numbers 1 and 3 at dkt [52]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Ms. Lockett is sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months and with no supervised release to follow.   The Court recommends placement closest to the State of Minnesota.

Date: 6/23/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal